UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL H. DEERING,

    Petitioner,

v.                                  CASE NO. 11-cv-10701
                                      HONORABLE DENISE PAGE HOOD

DIRECTOR, MICHIGAN
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the State's Motion to Dismiss the habeas petition is **GRANTED**, and this case is **DISMISSED** without prejudice.

                          s/Denise Page Hood
                          Denise Page Hood
                          United States District Judge

Dated: February 29, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                          s/LaShawn R. Saulsberry
                          Case Manager